**FLORIDA COSTAL THEATRES, INC. v. SARA BELFLOWER, Joined by her husband, CARL BELFLOWER, and CARL BELFLOWER.**

37 So. (2nd) 508                                    June Term, 1948
November 30, 1948                                         En Banc

*Harry T. Gray, Marks, Gray, Yates & Conroy,* for appellant.

*Laura H. Hyde,* for appellees.

PER CURIAM:

The evidence is found sufficient to support the verdict and no error of law found in the trial, the judgment is affirmed. See Florida Costal Theatres, Inc., v. Belflower, et al, 159 Fla. 741, 32 So. 2nd 738 for former appearance of this case.

TERRELL, ADAMS, SEBRING BARNS and HOBSON, JJ., concur.

THOMAS, C. J., and CHAPMAN, J., dissents.